UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DEBRA BEECHER,                          )
                                        )
            Plaintiff,                  )
                                        )
      vs.                               )          Case No. 4:13-CV-1982 (CEJ)
                                        )
RSH AND ASSOCIATES, LLC,                )
                                        )
            Defendant.                  )

## ORDER

In accordance with the plaintiff's notice of dismissal,

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the

docket record reflecting the dismissal of this action without prejudice.  Fed.R.Civ.P.

41(a)(1)(A)(i).

The parties shall bear their own costs.


_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 31st day of October, 2013.